

FILED

**FILED**

07/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

JUL 07 2021 Case Number: DA 20-0454

Bowen Greenwood
Clerk of Supreme Court
State of Montana



## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 20-0454

| | |
|---|---|
| STATE OF MONTANA, | ORDER GRANTING |
| | UNOPPOSED MOTION FOR |
| Plaintiff and Appellee, | EXTENSION OF TIME |
| v. | TO FILE APPELLANT'S |
| | INITIAL BRIEF |
| GEORGE CARLON, | |
| Defendant and Appellant. | |

At the request of Defendant / Appellant, and no objection being interposed by the State, this Court hereby extends the filing date of Defendant's / Appellant's *Initial Brief* to Monday, July 19, 2021.

So ordered this 7ᵗʰ day of July, 2021.

Montana Supreme Court

cc: Attorney General
Defendant / Appellant c/o Counsel